# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 13-cv-00275-LTB-CBS

ANNIE BARKOW,

    Plaintiff,

v.

CITY OF AURORA,

    Defendant.

## ORDER OF RECUSAL

A Magistrate Judge "shall disqualify himself in any proceeding in which his impartiality might be reasonably be questioned." 28 U.S.C. § 455(a).  In order to avoid the appearance of impropriety, I hereby recuse myself from the above entitled action.  The Clerk of the Court shall assign another magistrate judge to this case.

DATED at Denver, Colorado, on May 14, 2013.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge