**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-00275-LTB-CBS

ANNIE BARKOW,

       Plaintiff,

v.

CITY OF AURORA,

       Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court on the Joint Stipulation of Dismissal With Prejudice (Doc 16 - filed October 28, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                     BY THE COURT:

                                     s/Lewis T. Babcock
                                     Lewis T. Babcock, Judge

DATED:   October 29, 2013